JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>LOGIC TECHNOLOGY DEVELOPMENT LLC, a Florida limited liability company, and DOES 1-5, Inclusive,<br><br>Defendant. | Case No. CV 14-1654-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

111971-0003.0001/128717573.1

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Logic Technology Development, LLC ("Logic"), the Court hereby ORDERS as follows:

1. All claims between Fontem and Logic in Case No. CV14-1654 shall be dismissed with prejudice.

2. Fontem and Logic shall each bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: December 2, 2015

_____
Honorable George H. Wu
United States District Judge